IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Marie Assa'ad-Faltas, MD, MPH, ) | C/A No.: 3:13-1629-TLW-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Richland County Sheriff's Department ) | |
| (RCSD); Leon Lott, officially as Sheriff ) | |
| of Richland County (RC) and Warden of ) | |
| the Alvin S. Glenn Detention Center ) | |
| (ASGDC) for injunctive relief and ) | |
| individually for damages; Jeanette ) | ORDER |
| McBride, officially as RC's Clerk of ) | |
| Court for injunctive relief and ) | |
| individually for damages; Gafford ) | |
| Thomas Cooper, Jr., individually for ) | |
| damages; Brett Bayne, individually for ) | |
| damages; James R. Barber, III, ) | |
| individually for nominal damages and ) | |
| officially for injunctive relief; RCSD ) | |
| Captain Harry Stubblefield, individually ) | |
| for damages and officially for injunctive ) | |
| relief; RCSD Lieutenant Darryl Price, ) | |
| individually for damages and officially ) | |
| for injunctive relief; RCSD Deputy ) | |
| Calvin Hill, individually for damages; ) | |
| and all their subordinates who did ) | |
| and/or intend to injure Plaintiff, ) | |
| ) | |
| Defendants. ) | |
| ) | |

      This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

      By order issued on July 11, 2013, the court allowed Plaintiff an opportunity to bring this case into proper form within a specified time period. [Entry #10]. Plaintiff has complied with the court's order.

**TO THE CLERK OF COURT**:

The Clerk of Court is directed *not* to issue the summonses or forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

August 26, 2013  Shiva V. Hodges
Columbia, South Carolina  United States Magistrate Judge

2